**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00014-CV**

_____

**BGE, INC., Appellant**

**V.**

**ANGELA V. FIELDS AND TRAVIS B. FIELDS, Appellees**

**On Appeal from the 60th District Court**
**Jefferson County, Texas**
**Trial Cause No. B-207,052**

**MEMORANDUM OPINION**

BGE, Inc., Appellant, filed an unopposed motion to dismiss this accelerated appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

1

APPEAL DISMISSED.

PER CURIAM

Submitted on March 22, 2023
Opinion Delivered March 23, 2023

Before Golemon, C.J., Johnson and Wright, JJ.